IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VERSACE POOH LAGRECA**                                                                                         **PLAINTIFF**
**ADC #103829**
v.                                              No: 2:25-cv-00192-JM

**BRANDON A. DAVIS; and**
**MICHAEL MELLOW**                                                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (RD) submitted by United States Magistrate Judge Patricia S. Harris. Mr. LaGreca did not file any objections to the RD. He did file an amended complaint (Doc. No. 4), but this amendment did not address the issues raised in the RD. He also filed a request for copies. (Doc. No. 5).

After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. His request for copies will be granted.

IT IS THEREFORE ORDERED THAT:

1. LaGreca's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED, and this case is DISMISSED WITHOUT PREJUDICE.

2. His motion for copies (Doc. No. 5) is GRANTED. The Clerk is directed to mail Mr. LaGreca copies of the following: the docket sheet in this case as well Doc. No. 4; in 1:11-cv-00053-JLH (*Waller v. Maples et al.*), Doc. Nos. 20, 22-23; and in 5:19-cv-00181-KGB (*Waller v. Felts et al.*), Doc. Nos. 5-6.

DATED this 23rd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE