IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VERSACE POOH LAGRECA**  **PLAINTIFF**
**ADC #103829**

v.   No: 2:25-cv-00192-JM

**BRANDON A. DAVIS; and**
**MICHAEL MELLOW**   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's claims against defendants without prejudice.

DATED this 23rd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE